Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Mississippi
### Southern Division

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 27 2022
ARTHUR JOHNSTON
BY_____ DEPUTY

| | |
|---|---|
| AMENDED COMPLAINT: Michelle Anne Bishop, Peter Edward Tasciotti, John Dermgrdichian </br></br>_____</br>*Plaintiff(s)*</br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)</br>-v-</br></br>Glen Trew, Jesse Trew, Jayne Moore Cornwell, John Berg</br></br>_____</br>*Defendant(s)*</br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. 1:21-cv-00209-TBM-RPM</br>_____</br>*(to be filled in by the Clerk's Office)*</br></br>Jury Trial: *(check one)*  ☑ Yes   ☐ No |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Michelle Anne Bishop c/o C.C. Bishop |
   | Street Address | 938 State Rd 1641 |
   | City and County | Alexander, Buncombe County |
   | State and Zip Code | NC 28701 |
   | Telephone Number | (828)318-2846 |
   | E-mail Address | management.by.michelle@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

I.A. Additional page for Plaintiff #2

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

Southern Division

| | |
|---|---|
| AMENDED COMPLAINT: Michelle Anne Bishop, Peter Edward Tasciotti, John Dermgrdichian ) ) ) ) *Plaintiff(s)* ) (Write the full name of each plaintiff who is filing this complaint. ) If the names of all the plaintiffs cannot fit in the space above, ) please write "see attached" in the space and attach an additional ) page with the full list of names.) ) -v- ) ) Glen Trew, Jesse Trew, Jayne Moore Cornwell, John Berg ) ) ) *Defendant(s)* ) (Write the full name of each defendant who is being sued. If the ) names of all the defendants cannot fit in the space above, please ) write "see attached" in the space and attach an additional page ) with the full list of names.) ) | Case No.  1:21-cv-00209-TBM-RPM *(to be filled in by the Clerk's Office)*  Jury Trial: *(check one)*  ✔ Yes  ☐ No |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Peter Edward Tasciotti |
| Street Address | P.O. Box 180 |
| City and County | Kerhonkson, Ulster County |
| State and Zip Code | New York 12446 |
| Telephone Number | (845)800-2089 |
| E-mail Address | historyfdr@gmail.com |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

I. A. Add h=d p-ge for Plaintiff #3

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

Southern Division

| | | |
|---|---|---|
| AMENDED COMPLAINT: Michelle Anne Bishop, Peter Edward Tasciotti, John Dermgrdichian | ) | Case No. 1:21-cv-00209-TBM-RPM |
| *Plaintiff(s)* | ) | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) | Jury Trial: *(check one)* ✔ Yes ☐ No |
| -v- | ) | |
| Glen Trew, Jesse Trew, Jayne Moore Cornwell, John Berg | ) | |
| *Defendant(s)* | ) | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) | |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | John Dermgrdichian |
   | Street Address | P.O. Box 180 |
   | City and County | Kerhonkson, Ulster County |
   | State and Zip Code | New York 12446 |
   | Telephone Number | |
   | E-mail Address | jdermgrdichian66@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Glen Trew |
| Job or Title *(if known)* | Audio and Movie producer |
| Street Address | 220 Great Circle Road Unit 116 |
| City and County | Nashville, Davidson County |
| State and Zip Code | Tennessee 37228 |
| Telephone Number | (615) 256-3542 Fax: (615) 259-2699 |
| E-mail Address *(if known)* | glen.trew@trewaudio.com |

Defendant No. 2

| | |
|---|---|
| Name | Jesse M. Trew |
| Job or Title *(if known)* | devotee/monk/farmer, computer programmer |
| Street Address | 220 Great Circle Road |
| City and County | Nashville, Davidson County |
| State and Zip Code | TN 37228 |
| Telephone Number | (615) 289-1080 |
| E-mail Address *(if known)* | jesse.trew@gmail.com |

Defendant No. 3

| | |
|---|---|
| Name | Jayne Moore Cornwell a/k/a Jayne M. Morris, Jayne M. Trew |
| Job or Title *(if known)* | (unknown) |
| Street Address | 2110 18th Avenue S. |
| City and County | Nashville, Davidson County |
| State and Zip Code | Tennessee 37212 |
| Telephone Number | (615) 463-7876 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | John Berg |
| Job or Title *(if known)* | President of religious community - New Talavann |
| Street Address | 31492 Anner Road |
| City and County | Carriere, Pearl River County |
| State and Zip Code | Mississippi 39426 |
| Telephone Number | (601) 385-5450 |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question            ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

       The plaintiff, *(name)* Peter Edward Tasciotti, is a citizen of the State of *(name)* New York.

    b. If the plaintiff is a corporation

       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

       The defendant, *(name)* Glen Trew, is a citizen of the State of *(name)* Tennessee. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$63,000,000 (sixty three million dollars) harm and injury, damages. Injury and undue delay to the "Matrix movie documentary" movie production/ordinary business. Theft, conversion of chattel? (and or destruction) of irreplaceable Intellectual Property and movie equipment. Irreparable harm to the two minor children of the plaintiffs and harm to the plaintiffs family life.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Jesse M. Trew continuously stole from fellow devotee John Dermgrdichian at New Talavan. Jesse M. Trew was committing fraud against plaintiffs, posing as celibate monk. Jayne Moore Cornwell helped Jesse M. Trew to foster the relocation of Bishop and children to her home. Jesse M. Trew damaged the family of the plaintiffs (Bishop and Tasciotti) and absconded the children to undisclosed location. Jesse M. Trew used cult-like psychological methods to gain trust with Bishop, in order to gain access to the minor children and the movie contents. Glen Trew conspired w- Jesse Trew to remove the possessions of Bishop and Tasciotti to Tennessee. John Berg complied with Jesse M. Trew to steal Tasciotti and Bishop's possessions - movie equipment (Hancock Sheriff Office advised he is culpable).

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$63,000,000 in damages. The emotional harm to the individuals should be compensated by punitive damages. The wrongs we allege are continuing, as the movie equipment and irreplaceable movie files are stolen and have not been returned. The value of the Plaintiff's "Matrix movie documentary" should be valued in the amount at leas equal to production costs of the original "Matrix movie" in 1999 (adjusted for current dollar value as per inflation)

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

(and adjusted as 2/3 amount of combined damages, considering there will be another separate lawsuit against screenwriter Thomas Althouse, involving the same "Matrix movie documentary".

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4/24/2022

Signature of Plaintiffs *[signatures]*

Printed Name of Plaintiffs   Peter Edward Tasciotti & Michelle Anne Bishop & John Dermgrdichian

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____