IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**PETER TASCIOTTI** and
**MICHELLE ANNE BISHOP**                                                    **PLAINTIFFS**

**v.**                                            **CIVIL ACTION NO. 1:21-cv-209-TBM-RPM**

**JESSE TREW** and
**GLEN TREW**                                                                **DEFENDANTS**

## FINAL JUDGMENT

For the reasons stated in the Order Adopting the Report and Recommendation entered this same day, the Plaintiffs' claims are DISMISSED WITHOUT PREJUDICE.

This case is CLOSED.

This, the 8th day of May, 2023.

                                                                   _____
                                                                   TAYLOR B. McNEEL
                                                                   UNITED STATES DISTRICT JUDGE